[No. 30154-3-I.   Division One.   August 30, 1993.]

MICHAEL PATTERSON, *Respondent*, v. TIM D. JONES,
ET AL, *Defendants*, BLAZE CONSTRUCTION
COMPANY, *Appellant*.

MICHAEL PATTERSON, *Respondent*, v. JOHN D. SEALS,
ET AL, *Defendants*, BLAZE CONSTRUCTION
COMPANY, *Appellant*.

Appeal from judgments of the Superior Court for King
County, Nos. 90-2-07838-8, 90-2-09440-5, Norman W. Quinn,
J., entered November 15, 1991, and February 25, 1992.
*Affirmed* by unpublished opinion per Webster, C.J., con-
curred in by Scholfield, J., and Sweeney, J. Pro Tem.


[No. 30175-6-I.   Division One.   August 30, 1993.]

HENRY BACON BUILDING MATERIALS, INC., *Appellant*, v.
DAVID ASH, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-09023-0, Dale B. Ramerman, J., entered
January 31, 1992. *Remanded* by unpublished opinion per
Kennedy, J., concurred in by Coleman and Forrest, JJ.


[No. 30710-0-I.   Division One.   August 30, 1993.]

BARRY HENRY, ET AL, *Appellants*, v. ZARAN SAYRE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-18130-8, Jerome M. Johnson, J., entered
April 21, 1992. *Affirmed* by unpublished opinion per Ken-
nedy, J., concurred in by Coleman and Forrest, JJ.